# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| DANIEL KEEN,       ] | CASE NO. 3:13-cv-30 |
| *Plaintiff*,      ] | |
| v.                ] | |
| RB ENVIRONMENTAL LLC, ] | |
| *Defendant*.      ] | |
| _____ ] | |

## JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant RB Environmental LLC served Plaintiff Daniel Keen with an Offer of Judgment whereby Defendant RB Environmental LLC offered to allow judgment to be taken against it in the amount of $50,000 plus costs, including reasonable attorney's fees accrued to the date of the offer, as determined by the Court. The offer of judgment was duly accepted by Plaintiff Daniel Keen.

It is therefore ordered, adjudged, and decreed that Plaintiff Daniel Keen recover from Defendant RB Environmental LLC the amount of fifty thousand dollars ($50,000) plus costs, including reasonable attorney's fees, accrued to April 18, 2013. If the parties are unable to agree on the amount of reasonable attorneys' fees and/or costs,

Plaintiff Daniel Keen shall submit a petition for costs and/or fees within 14 days of the date of this judgment.

It is further ordered, adjudged, and decreed that this case against RB Environmental LLC is dismissed with prejudice.

Signed at Galveston, Texas, on May ___, 2013.

_____
Gregg Costa
United States District Judge