UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DANIEL KEEN, ] | CASE NO. 3:13-cv-30 |
| *Plaintiff*, ] | |
| v. ] | |
| RB ENVIRONMENTAL LLC, ] | |
| *Defendant*. ] | |

## FINAL JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant RB Environmental LLC served Plaintiff Daniel Keen with an Offer of Judgment whereby Defendant RB Environmental LLC offered to allow judgment to be taken against it in the amount of $50,000 plus costs, including reasonable attorney's fees accrued to the date of the offer. The offer of judgment was duly accepted by Plaintiff Daniel Keen. The Court then directed the parties to attempt to agree on fees and costs. They have done so.

It is therefore ordered, adjudged, and decreed that Plaintiff Daniel Keen recover from Defendant RB Environmental LLC the amount of fifty thousand dollars ($50,000).

It is further ordered, adjudged, and decreed that Plaintiff Daniel Keen recover from Defendant RB Environmental LLC $7,910 in attorney's fees and $350 in costs.

It is further ordered, adjudged, and decreed that this case against RB Environmental LLC is dismissed with prejudice.

This is a FINAL JUDGMENT.

Signed at Galveston, Texas, on May 31, 2013.

Gregg Costa
United States District Judge